PROB 12B
(12/98)

# United States District Court

for

### District of Southern Ohio

04 NOV 22 AM 11:06

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Name of Offender: | Cathy A Montesi | Case Number: **1:02CR00078-02** |
| Name of Sentencing Judicial Officer: | The Honorable Sandra S. Beckwith<br>Chief United States District Judge | |
| Date of Original Sentence: | March 28, 2003 | |
| Original Offenses: | Conspiracy, (Count 1) in violation of Title 18, U.S.C, § 371, a Class D felony;<br>Embezzlement from an Insurance Company, (Count 17), in violation of Title 18, U.S.C, § 1033(b), a Class C felony;<br>Mail Fraud, (Count 151 in violation of Title 18, U.S.C., § 1341, a Class D felony;<br>Wire Fraud, (Count 158) in violation of Title 18, U.S.C., § 1343, a Class D felony;<br>Bank Fraud, (Count 174) in violation of Title 18, U.S.C., § 1344, a Class B felony;<br>Making a False Statement to Influence a Financial Institution, (Count 175) in violation of Title 18, U.S.C., § 1014, a Class B felony | |
| Original Sentence: | Twelve months and 1 day imprisonment on each count, concurrently; 3 years supervised release, on each count, concurrently | |
| Special Conditions: | No new lines of credit or credit purchases until restitution order is satisfied; disclose financial information to the probation officer upon request; cooperate fully with all tax authorities in the determination of her taxable income and payment of any applicable tax, interest, and penalties; file accurate tax returns; restitution of $750,283.76 | |
| Type of Supervision: **Term Of Supv Rel** | | Date Supervision Commenced: **August 13, 2004** |

## PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years.
[X]   To modify the conditions of supervision as follows:

Ms Montesi shall participate in mental health treatment as directed by the probation officer.



## CAUSE

Ms. Montesi was released from the custody of the Bureau of Prisons (BOP) on August 15, 2004 via Pathways for Women in Cincinnati, Ohio. She returned to the residence of her significant other, Dan Moody, in Maineville, Ohio in August 2004 following her release from confinement. Her adult daughter joined the offender and Mr. Moody and will remain with the couple indefinitely. Her daughter has also experienced mental health and vocational needs and will need the couple's support and direction.

Montesi believes she presently needs mental health assistance which will assist her on supervision and help improve her relationships with others, including family members. She may benefit also in coping with the consequences of her criminal actions and begin to develop a plan to improve her life and relationships.

This officer believes Montesi is amenable to mental health services and could benefit from them. The Court is requested to impose the modification of supervised release conditions as set forth in this report.

Respectfully submitted,

by John Shore
U. S. Probation Officer
Date: November 17, 2004

Approved,

by John C. Cole
Supervising U. S. Probation Officer
Date: November 17, 2004

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

11/18/04
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Ms. Montesi shall participate in mental health treatment as directed by the probation officer..

Witness: _____   Signed: _____
         U.S. Probation Officer                  Probationer or Supervised Releasee

                           _____November 17, 2004_____
                                    DATE