**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

United States of America,
    Plaintiff,

vs.                            Case No.  1:02-cr-78-2

Cathy A. Montesi,
    Defendant

## Motion by the Clerk of Court to Dispose of Passport

    A Judgment and Commitment Order was filed in the above captioned case on March 28, 2003. Therefore, the Clerk of Court moves for the disposal of the surrendered passport.

## ORDER

Pursuant to the completion of the above captioned case, the Clerk of Court is ordered to return the surrendered passport to:

    _____  The named defendant

    __X__  United States Department of State
           Office of Passport Policy and Advisory Services
           2100 Pennsylvania Avenue, N.W., 3rd Floor
           Washington, DC 20037.

January 13, 2006                      s/Sandra S. Beckwith
Date                                    Sandra S. Beckwith, Chief Judge
                                        United States District Court