**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

7001 2510 0008 6343 4194

1:02 CR 78-2

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

CATHY MONTESI

Postmark Here

Sent To: United States Department of State
Street, Apt. No.; or PO Box No.: Office of Passport Policy and Advisory Services, 2100 Pennsylvania Ave. N.W., 3rd Floor
City, State, ZIP+: Washington, DC 20037

PS Form 3800, January 2001                    See Reverse for Instructions