| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery   6/16 |
| 1. Article Addressed to:<br><br>United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Ave. N.W., 3rd Floor<br>Washington, DC 20037<br><br>1:02-CR-78-2 (SSB)(Doc.75) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)<br>7001 2510 0008 6348 4614 | |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1540 |