## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

United States of America,
    Plaintiff,

vs.                                      Case No.   1:02-cr-78-2

Cathy A. Montesi,
    Defendant

## ORDER

On June 13, 2006, this Court ordered the Clerk of Court to return Defendant's passport to the United States Department of State, Office of Passport Policy and Advisory Services. Defendant's term of supervision is scheduled to expire on August 12, 2007, and defendant has made a request for the return of her passport.

Therefore, Defendant's request for the return of her passport is **GRANTED**. The Clerk of Court is **ORDERED** to contact the Department of State to retrieve defendant's passport and return it to her.

    **SO ORDERED**.


August 7, 2007                              s/Sandra S. Beckwith
Date                                          Sandra S. Beckwith, Chief Judge
                                            United States District Court